IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GEICO MARINE INSURANCE COMPANY, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WALTER LEE GRAVES ) <br> Defendant. ) | Civil Action No. 1:20-cv-68 |

## ORDER

On August 4, 2020, United States Magistrate Judge Michael S. Nachmanoff entered a Report and Recommendation (the "Report") in this case, recommending that default judgment be entered in favor of Plaintiff Geico Marine Insurance Company and against Defendant Walter Lee Graves.

Upon consideration of the record and Judge Nachmanoff's Report, to which no objections have been filed, and having found no clear error,[1]

The Court **ADOPTS**, as its own, the findings of fact and recommendations of the United States Magistrate Judge, as set forth in the Report (Dkt. 14).

Accordingly,

It is hereby **ORDERED** that plaintiff's motion for default judgment (Dkt.11) is **GRANTED**.

It is further **ORDERED** that Plaintiff Geico Marine Insurance Company is entitled to the

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a magistrate's report, the court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'").

1

following declaration:

> Plaintiff has no obligation to provide hull insurance under Policy No. BUS6251742 to Defendant Walter Lee Graves for any damages, losses, and/or expenses resulting from the allision of defendant's vessel in Lake Lanier, Georgia on September 20, 2019.

It is further **ORDERED** that default judgment is entered against Defendant Walter Lee Graves, and in favor of Plaintiff in a total amount of $ 15,389.91, which consists of (i) $10,120.92 insurance coverage paid to defendant; and (ii) $5,269.00 paid to two-third party vendors who made repairs to defendant's vessel.

The Clerk of the Court is directed to enter Rule 58 judgment against Defendant Walter Lee Graves and in favor of Plaintiff Geico Marine Insurance Company in the amount of $15,389.92.

The Clerk is further directed to provide a copy of this Order to all counsel of record, and to place this matter among the ended causes.

Alexandria, Virginia
August 24, 2020

/s/
T. S. Ellis, III
United States District Judge